FILED

NOV 29 2005

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  Martha Boersch (State Bar No. 126569)
   Jason McDonell (State Bar No. 115084)
2  JONES DAY
   555 California Street
3  26th Floor
   San Francisco, CA 94104
4  Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
5  Email:      mboersch@jonesday.com
               jmcdonell@jonesday.com
6

7  Attorneys for Plaintiff
   AIRDEFENSE, INC.
8

RECEIVED

NOV 0 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRDEFENSE, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIRTIGHT NETWORKS, INC., a California Corporation,<br><br>Defendant. | Civil Action No. C05 04615 JF HRL<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Nagendra Setty, an active member in good standing of the bar of the State of Georgia, as well as the bar of the United States District Court for the Northern District of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AirDefense, Inc.,

IT IS HEREBY ORDERED THAT the application is granted subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

ATI-2199566v1

1

Proposed Order Granting Application for
Admission of Attorney *Pro Hac Vice*

Case 5:05-cv-04615-JF   Document 11   Filed 11/29/05   Page 2 of 2

1 | Dated: 11-29-05

HONORABLE UNITED STATES
DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

ATI-2199566v1

2

Proposed Order Granting Application for
Admission of Attorney *Pro Hac Vice*