Case 5:05-cv-04615-JF   Document 12   Filed 11/29/05   Page 1 of 2

FILED
NOV 29 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
NOV 0 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  Martha Boersch (State Bar No. 126569)
   Jason McDonell (State Bar No. 115084)
2  JONES DAY
   555 California Street
3  26th Floor
   San Francisco, CA 94104
4  Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
5  Email:      mboersch@jonesday.com
               jmcdonell@jonesday.com
6

7  Attorneys for Plaintiff
   AIRDEFENSE, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12  AIRDEFENSE, INC., a Georgia        Civil Action No. C05 04615 HRL
    Corporation
13                                     ORDER GRANTING APPLICATION FOR
                                       ADMISSION OF ATTORNEY *PRO HAC*
14             Plaintiff,              *VICE*

15        v.

16  AIRTIGHT NETWORKS, INC., a
    California Corporation,
17
               Defendant.
18
        Douglas M. Towns, an active member in good standing of the bar of the State of Georgia,
19
    as well as the bar of the United States District Court for the Northern District of Georgia, having
20
    applied in the above-entitled action for admission to practice in the Northern District of California
21
    on a *pro hac vice* basis, representing AirDefense, Inc.,
22
        IT IS HEREBY ORDERED THAT the application is granted subject to the terms and
23
    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
24
    *vice*. Service of papers upon and communication with co-counsel designated in the application
25
    will constitute notice to the party.
26

27

28

ATI-2199570v1                                              Proposed Order Granting Application for
                                                           Admission of Attorney *Pro Hac Vice*
                                    1

1 | Dated: _____11-29-05_____

                                            HONORABLE UNITED STATES
DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA