| | |
|---|---|
| Katherine D. Prescott (CSB No. 215496/<u>prescott@fr.com</u>)<br>FISH & RICHARDSON P.C.<br>500 Arguello St., Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 | **E-filed 1/19/06** |

Nagendra Setty (Admitted Pro Hac Vice/setty@fr.com)
FISH & RICHARDSON P.C.
1230 Peachtree Street, 19th Floor
Atlanta, Georgia 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Attorneys for Plaintiff
AIRDEFENSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| AIRDEFENSE, INC., a Georgia corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>AIRTIGHT NETWORKS, INC.,<br><br>    Defendant. | Case No. C05-04615 JF (HRL)<br><br>**JOINT STIPULATION FOR MODIFICATION OF TIME TO RESPOND TO AND HEARING OF MOTION TO DISMISS COMPLAINT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, pursuant to Local Rule 6-1(a), that Plaintiff AirDefense, Inc.'s last day to respond to Defendant Airtight Network, Inc.'s Motion to Dismiss Complaint shall be February 6, 2006, and that the hearing on Airtight Network's motion shall be rescheduled from February 10, 2006, to March 3, 2006.

/ / /

/ / /

Dated: January 13, 2006            Dated: January 13, 2006

FISH & RICHARDSON P.C.           WILSON, SONSINI, GOODRICH, & ROSATI

By: /s/ Katherine D. Prescott         By: /s/ Tait Graves
    Katherine D. Prescott                Tait Graves
    Attorneys for Plaintiff               Attorneys for Defendant
    AIRDEFENSE, INC.                 AIRTIGHT NETWORK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/19/06                _____
                                      The Honorable Jeremy Fogel
                                      United States District Court Judge

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Tait Graves.

Dated: January 13, 2006            FISH & RICHARDSON P.C.

                                 By: _____
                                        Katherine D. Prescott

                                 Attorneys for Plaintiff
                                 AIRDEFENSE, INC.

50323441.doc