Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Nagendra Setty (Admitted Pro Hac Vice/setty@fr.com)
FISH & RICHARDSON P.C.
1230 Peachtree Street, 19th Floor
Atlanta, Georgia 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Attorneys for Plaintiff
AIRDEFENSE, INC.

**E-filed 1/19/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| AIRDEFENSE, INC., a Georgia corporation, <br><br> Plaintiff, <br><br> v. <br><br> AIRTIGHT NETWORKS, INC., <br><br> Defendant. | Case No. C05-04615 JF (HRL) <br><br> **MOTION AND [PROPOSED] ORDER TO SUBSTITUTE ATTORNEYS** |

TO THE COURT AND DEFENDANT AIRTIGHT NETWORKS, INC., BY AND THROUGH ITS COUNSEL OF RECORD.

PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5, Plaintiff AirDefense, Inc. substitutes Fish & Richardson P.C. in place of Jones Day as counsel in this case. Fish & Richardson's address of record is 500 Arguello St., Suite 500, Redwood City, CA 94063.

/ / /

/ / /

We request this substitution of attorneys.

Dated: January 17, 2006                    AIRDEFENSE, INC.

By: /s/ Jaswir Singh
    Jaswir Singh
Title: CFO & Sr. VP, Operations

We accept this substitution of attorneys.

Dated: January 17, 2006                    FISH & RICHARDSON P.C.

By: /s/ Katherine D. Prescott
    Katherine D. Prescott

We acknowledge this substitution of attorneys.

Dated: January 17, 2006                    JONES, DAY

By: /s/ Douglas Towns
    Douglas Towns

IT IS SO ORDERED.

Dated: 1/19/06

The Honorable Jeremy Fogel
U.S. District Court Judge

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jaswir Singh and Douglas Towns.

Dated: January 17, 2006                    FISH & RICHARDSON P.C.

By: /s/ Katherine D. Prescott
    Katherine D. Prescott

Attorneys for Plaintiff
AIRDEFENSE, INC.

50323426.doc