1  Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello St., Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070                              **E-filed 1/30/06**
   Facsimile: (650) 839-5071
4
   Nagendra Setty (Admitted Pro Hac Vice/setty@fr.com)
5  FISH & RICHARDSON P.C.
   1230 Peachtree Street, 19th Floor
6  Atlanta, Georgia 30309
   Telephone: (404) 892-5005
7  Facsimile: (404) 892-5002

8  Attorneys for Plaintiff
   AIRDEFENSE, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            (SAN JOSE DIVISION)

| | |
|---|---|
| 13  AIRDEFENSE, INC., a Georgia corporation, | Case No. C05-04615 JF (HRL) |
| 14      Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS |
| 15      v. | |
| 16  AIRTIGHT NETWORKS, INC., | |
| 17      Defendant. | |

18

19       IT IS HEREBY STIPULATED BY AND BETWEEN the parties and their respective

20  counsel that, subject to the approval of this Court, the Hearing on Defendant's Motion To Dismiss

21  Complaint currently scheduled for February 10, 2006, 9:00 a.m. before the Honorable Jeremy

22  Fogel be continued to April 28, 2006 at 9:00 a.m.

23
    Dated: January 26, 2006                        Dated: January 26, 2006
24
    FISH & RICHARDSON P.C.                         WILSON, SONSINI, GOODRICH, & ROSATI
25

26
    By:   /s/ Katherine D. Prescott               By:    /s/ Tait Graves
27
        Katherine D. Prescott                          Tait Graves
28      Attorneys for Plaintiff                        Attorneys for Defendant
        AIRDEFENSE, INC.                               AIRTIGHT NETWORK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/30/06

The Honorable Jeremy Fogel
United States District Court Judge

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Tait Graves.

Dated: January 26, 2006

FISH & RICHARDSON P.C.

By: /s/ Katherine D. Prescott
Katherine D. Prescott

Attorneys for Plaintiff
AIRDEFENSE, INC.

50325919

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE
HEARING ON MOTION TO DISMISS
Case No. C05-04615 JF (HRL)