1  Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello St., Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Nagendra Setty (Admitted *Pro Hac Vice*/setty@fr.com)
5  FISH & RICHARDSON P.C.
   1230 Peachtree Street, 19th Floor
6  Atlanta, Georgia 30309
   Telephone: (404) 892-5005
7  Facsimile: (404) 892-5002

8  Attorneys for Plaintiff
   AIRDEFENSE, INC.

\*\*E-filed 3/9/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| AIRDEFENSE, INC., a Georgia corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AIRTIGHT NETWORKS, INC.,<br><br>　　Defendant. | Case No. C05-04615 JF (HRL)<br><br>**STIPULATION AND [PROPOSED]　　　　 ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS** |

　　　IT IS HEREBY STIPULATED BY AND BETWEEN the parties and their respective counsel that, subject to the approval of this Court, the Hearing on Defendant's Motion To Dismiss Complaint currently scheduled for April 28, 2006, 9:00 a.m. before the Honorable Jeremy Fogel be continued to June 9, 2006 at 9:00 a.m.


Dated: March 7, 2006                                Dated: March 7, 2006

FISH & RICHARDSON P.C.                              WILSON, SONSINI, GOODRICH, & ROSATI


By:  /s/ Katherine D. Prescott_____              By:  _____/s/ Tait Graves_____
     Katherine D. Prescott                               Tait Graves
     Attorneys for Plaintiff                             Attorneys for Defendant
     AIRDEFENSE, INC.                                    AIRTIGHT NETWORK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/9/06

The Honorable Jeremy Fogel
United States District Court Judge

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Tait Graves.

Dated: March 7, 2006

FISH & RICHARDSON P.C.

By: /s/ Katherine D. Prescott
Katherine D. Prescott

Attorneys for Plaintiff
AIRDEFENSE, INC.

50333284.doc