1 | Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
FISH & RICHARDSON P.C.
2 | 500 Arguello St., Suite 500
Redwood City, CA 94063
3 | Telephone: (650) 839-5070
Facsimile: (650) 839-5071
4
5 | Nagendra Setty (Admitted Pro Hac Vice/setty@fr.com)
FISH & RICHARDSON P.C.
6 | 1230 Peachtree Street, 19th Floor
Atlanta, Georgia 30309
7 | Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Attorneys for Plaintiff
AIRDEFENSE, INC.

\*\*E-filed 4/28/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

AIRDEFENSE, INC., a Georgia corporation,

Plaintiff,

v.

AIRTIGHT NETWORKS, INC.,

Defendant.

Case No. C 05-04615 JF (HRL)

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

    \_ Non-binding Arbitration (ADR L.R. 4)

    \_ Early Neutral Evaluation (ENE) (ADR L.R. 5)

    X   Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**

___ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:

    X    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ___    other requested deadline

Dated: April 18, 2006      _____
    Attorney for Plaintiff

Dated: April 18, 2006      _____
    Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    ___    Non-binding Arbitration

    ___    Early Neutral Evaluation (ENE)

    X    Mediation (ADR L.R. 6)Early Neutral Evaluation (ENE)

    ___    Private ADR

Deadline for ADR session

    X    90 days from the date of this order.

    ___    other

IT IS SO ORDERED.

Dated: 4/27/06

_____
UNITED STATES DISTRICT COURT JUDGE

50342463.doc