\*\*E-filed 6/8/06\*\*

David J. Miclean (CSB No. 115098/miclean@fr.com)
Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
AIRDEFENSE, INC.

MICHAEL LADRA, State Bar No. 064307
TAIT GRAVES, State Bar No. 197923
HUONG T. NGUYEN, State Bar No. 217462
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: mladra@wsgr.com
      tgraves@wsgr.com
      htnguyen@wsgr.com

Attorney for Defendant
AIRTIGHT NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| | |
|---|---|
| AIRDEFENSE, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIRTIGHT NETWORKS, INC., a California corporation,<br><br>Defendant. | Case No. C 05-04615 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: June 9, 2006<br>Time: 10:30 a.m.<br>Judge: Honorable Jeremy Fogel<br>Courtroom: Courtroom 3, 5th Floor<br>280 South First Street<br>San Jose, CA 95113 |

| | |
|---|---|
| 1 | WHEREAS, a case management conference in the above-entitled matter is |
| 2 | scheduled for June 9, 2006. |

WHEREAS, a hearing for AirTight Networks, Inc.'s Motion to Dismiss AirDefense, Inc.'s First Amended Complaint is set for July 14, 2006.

WHEREAS, to avoid scheduling conflicts, the parties would like to continue the case management conference to coincide with the hearing for AirTight's Motion to Dismiss, but otherwise leave unchanged the dates submitted in the Joint Case Management Conference Statement filed May 31, 2006.

WHEREAS, good cause appearing therefor;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The case management conference presently scheduled for June 9, 2006 be continued to July 14, 2006 or as soon thereafter as the Court can schedule it.

Dated: June 8, 2006                    FISH & RICHARDSON P.C.


By: /s/ David J. Miclean
    David J. Miclean
    Attorneys for Plaintiff
    AIRDEFENSE, INC.

Dated: June 8, 2006                    WILSON SONSINI GOODRICH & ROSATI


By: /s/ Huong T. Nguyen
    Huong T. Nguyen
    Attorneys for Defendant
    AIRTIGHT NETWORKS, INC.

1

2    IT IS SO ORDERED.

3
         Dated:        6/8/06
4                _____

5

**ORDER**

_(signature)_
_____
Honorable Jeremy Fogel
Judge Of The United States District Court

# **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from each of the other signatories.

DATED: June 8, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By_____/s/_____.
       Huong T. Nguyen

Attorneys for Defendant
AIRTIGHT NETWORKS, INC.

#50351650