1  David J. Miclean (CSB No. 115098/miclean@fr.com)
   Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile: (650) 839-5071

5  Nagendra Setty (Admitted Pro Hac Vice/setty@fr.com)
   Daniel A. Kent (Admitted Pro Hac Vice/kent@fr.com)
6  FISH & RICHARDSON P.C.
   1230 Peachtree Street, 19th Floor
7  Atlanta, Georgia 30309
   Telephone: (404) 892-5005
8  Facsimile: (404) 892-5002

9  Irene E. Hudson (Admitted Pro Hac Vice/hudson@fr.com)
   FISH & RICHARDSON P.C.
10 Citigroup Center - 52nd Floor
   153 East 53rd Street
11 New York, New York 10022
   Telephone: (212) 765-5070
12 Facsimile: (212) 258-2291

13 Attorneys for Plaintiff
   AIRDEFENSE, INC.

14
   Charles Tait Graves (CSB No. 197923/tgraves@wsgr.com)
15 Huong Thien Nguyen (CSB No. 217462/htnguyen@wsgr.com)
   Wilson Sonsini Goodrich & Rosati
16 One Market Street
   Spear Tower
17 Suite 3300
   San Francisco, CA 94105
18 Telephone: (415) 942-2000
   Facsimile: (415) 942-2099
19
   Michael A. Ladra (CSB No. 064307/mladra@wsgr.com)
20 Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
21 Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
22 Facsimile: (650) 565-5100

23 Attorneys for Defendant
   AIRTIGHT NETWORKS, INC.

24

25

26

27

28

**E-filed 6/27/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

|  |  |
|---|---|
| AIRDEFENSE, INC.,<br>a Georgia corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRTIGHT NETWORKS, INC.,<br>a California corporation,<br><br>　　　　　Defendant. | Case No. C 05-04615 JF (HRL)<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER EXTENDING THE DEADLINE<br>FOR THE MEDIATION TO BE HELD** |

　　　　IT IS HEREBY STIPULATED and agreed to by and between Plaintiff AirDefense, Inc.

("AirDefense") and Defendant Airtight Networks, Inc. ("Airtight"), by and through their

respective counsel of record, that the deadline of July 29, 2006 to hold a Mediation in this matter

be extended to September 15, 2006 due to a new mediator being appointed by the court.

　　　　This is the first continuance requested by the parties concerning the mediation.

　　　　**IT IS SO STIPULATED.**

Dated:　June 16, 2006　　　　　　　FISH & RICHARDSON P.C.


By: /s/_____
　　　　　David J. Miclean
　　　　　Irene E. Hudson
　　　　　Attorneys for Plaintiff
　　　　　AIRDEFENSE, INC.

Dated:　June 16, 2006　　　　　　　WILSON SONSINI GOODRICH & ROSATI


By: /s/_____
　　　　　Charles Tait Graves
　　　　　Huong T. Nguyen
　　　　　Michael A. Ladra
　　　　　Attorneys for Defendant
　　　　　AIRTIGHT NETWORKS, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Charles Tait Graves, Huong T. Nguyen and Michael A. Ladra.

Dated: June 16, 2006

FISH & RICHARDSON P.C.

By: /s/_____
    David J. Miclean
    Irene E. Hudson
    Attorneys for Plaintiff
    AIRDEFENSE, INC.

## ORDER

IT IS SO ORDERED.

Dated: ___ 6/23/06 _____

_____
Honorable Jeremy Fogel
Judge Of The United States District Court

# PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 22, 2006, I caused a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR THE MEDIATION TO BE HELD**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Huong Thien Nguyen<br>Wilson Sonsini Goodrich & Rosati<br>One Market Street<br>Spear Tower<br>Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 942-2000<br>Facsimile: (415) 942-2099 | Attorneys for Defendant<br>Airtight Networks, Inc. |
| Michael A. Ladra<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 | Attorneys for Defendant<br>Airtight Networks, Inc. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[ ] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

| | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
|---|---|---|
| | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on June 22, 2006, at Redwood City, California.

Diane M. Arceo-Lowenstein

50355450.doc