DAVID J. MICLEAN, State Bar No. 115098
KATHERINE D. PRESCOTT, State Bar No. 215496
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: miclean@fr.com
prescott@fr.com

Attorneys for Plaintiff
AIRDEFENSE, INC.

MICHAEL LADRA, State Bar No. 064307
TAIT GRAVES, State Bar No. 197923
HUONG T. NGUYEN, State Bar No. 217462
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mladra@wsgr.com
tgraves@wsgr.com
htnguyen@wsgr.com

Attorney for Defendant
AIRTIGHT NETWORKS, INC.

\*\*E-filed 9/28/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRDEFENSE, INC.,<br>a Georgia corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>AIRTIGHT NETWORKS, INC.,<br>a California corporation,<br><br>        Defendant. | CASE NO.: C05-04615 JF (HRL)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Plaintiff AirDefense, Inc. and Defendant AirTight Networks, Inc. that all claims in this action are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1(ii).

DATED: September 25, 2006     WILSON SONSINI GOODRICH & ROSATI

/S/Charles T. Graves
By: Charles T. Graves

Attorneys for Defendant
AIRTIGHT NETWORKS, INC.

DATED: September 25, 2006     FISH & RICHARDSON

/S/Irene Hudson
By: Irene Hudson

Attorneys for Plaintiff
AIRDEFENSE, INC.

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED.

DATED: 9/28/06

Honorable Jeremy Fogel
UNITED STATES MAGISTRATE JUDGE