MICHAEL LADRA, State Bar No. 064307
TAIT GRAVES, State Bar No. 197923
HUONG T. NGUYEN, State Bar No. 217462
JIMMY NGUYEN, State Bar No. 223713
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
tgraves@wsgr.com
htnguyen@wsgr.com
jnguyen@wsgr.com

Attorneys for Defendant
AirTight Networks, Inc.

\*\*E-filed 9/29/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRDEFENSE, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIRTIGHT NETWORKS, INC.,<br><br>Defendant. | CASE NO.: C05-04615 JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Defendant AirTight Networks, Inc. has filed a Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) and Civil Local Rule 79-5(d) for permission to file under seal the consent judgment between the parties and its Exhibit A, which constitutes the parties' confidential settlement agreement with exhibits.

After considering the requesting papers and all other matters presented to the Court, and finding good cause,

IT IS HEREBY ORDERED that AirTight's request is GRANTED.

Dated: 9/29/06

_____
The Honorable Jeremy Fogel
United States District Judge